

## ORDERED in the Southern District of Florida on May 2, 2019.

Robert A. Mark, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Margarita Casas-Rosell                                   Case No. 18-16080-RAM
                                                                                        Chapter 13

_____Debtor(s)___/

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF SPACE COAST CREDIT UNION AND THE INDEPENDENT SAVINGS PLAN

    This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Space Coast Credit Union and The Independent Savings Plan / c/o Michael D. Ginsberg, Esq [DE #  65   ], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is
**ORDERED** that Debtor's objection to the following claim is sustained:

| Claim holder | Claim No. |
|---|---|
| Space Coast Credit Union | 5 |

Disposition: The claim is stricken and disallowed in its entirety.

| Claim holder | Claim No. |
|---|---|
| The Independent Savings Plan / c/o Michael D. Ginsberg, Esq | 3 |

Disposition: The claim is stricken and disallowed in its entirety.

**###**

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).